

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ARROW FREIGHT MANAGEMENT, INC., | § | No. 08-23-00082-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th Judicial District Court |
| RUBEN CONTRERAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2022-DCV-0305) |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF JANUARY 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, and Soto, JJ.